UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60107-BB

RAYMOND ORTIZ,
and other similarly situated individuals,

    Plaintiff (s),

v.

THE BEVERLY HILLS SPA & SALON LLC
and HILBERT MOHABIR, individually

    Defendants,
_____/

## STATEMENT OF CLAIM

Plaintiff RAYMOND ORTIZ by and through its undersigned counsel, hereby submits pursuant to the Honorable Judge Bloom, dated January 14, 2022 [D.E. 4], Plaintiff's Statement of Claim. As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate his Statement of Claim on the basis of the best data available. Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff are not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons. Discovery is ongoing.

2. On January 13, 2022, Plaintiff through the undersigned counsel filed his Fair Labor Standards Act cause of action against his former employer THE BEVERLY HILLS SPA & SALON LLC, and HILBERT MOHABIR.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is ongoing. As such, subject to such additional or different information that discovery or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff are as follows:

   A. **OVERTIME:** $2,308.80

   a. Total amount of alleged unpaid O/T wages:

   Two Thousand Three Hundred Eight Dollars and 80/100 ($2,308.80)

   b. Calculation of such wages:

   Total period of employment:  20 weeks
   Total relevant weeks: 20 weeks
   Total hours worked: 52  hours weekly
   Total O/T hours:  12 O/T hours weekly
   Salary: $1,000.00 weekly: 52 hours =$ 19.23 regular rate x 1.5=$28.85 O/T rate
    O/T rate:$28.85 - $19.23 O/T rate paid=$9.62 half-time difference
   Half-time:  $9.62

   Half-time O/T $9.62 x 12 O/T hours=$115.44 weekly x 20 weeks=$2,308.80

   c. Nature of wages (e.g., overtime or straight time):

   This amount represents unpaid overtime wages.

   B. **MINIMUM WAGE:** $1,799.20

   a. Total amount of alleged unpaid wages:

   One Thousand Seven Hundred Ninety-Nine Dollars and 20/100 ($1,799.20)

   b. Calculation of such wages:

   Total period of employment:  20 weeks
   Total relevant weeks: 20 weeks
   Total number of hours worked:  52 weekly
   Total number of unpaid weeks: 4 weeks
   Fl Minimum wage 2021: $8.65

       Fl minimum wage rate $8.65 x 52 hours=$449.80 weekly x 4 weeks=$1,799.20

   c. <u>Nature of wages:</u>

This amount represents unpaid minimum wages at the Florida minimum wage rate

**C. LOST WAGES: $3,300.00**

   a. <u>Total amount of alleged unpaid wages:</u>

       Three Thousand Three Hundred Dollars ($3,300.00)

   b. <u>Calculation of such wages:</u>

       Total period of unemployment: From October 19, 2021 to November 19, 2021

       Lost weekly: $1,000.00 weekly x 5 weeks = $5,000.00 lost
       Unemployment received $247.00
       $5,000.00 lost – $247.00 unemployment received = $4,753.00

       New Job November 20, 2021 up until today[1], February 2, 2022 or 11 weeks
       Earning: $700.00 weekly
       Lost Difference: $1,000.00 -$700.00 = $300.00 lost diff. x 11 weeks = $3,300.00

   c. <u>Nature of wages:</u>

       This amount represents lost wages

**D. <u>Attorney's Fees and Costs</u>: To be determined.**

4. Plaintiff is owed the amount of Two Thousand Three Hundred Eight Dollars and 80/100 ($2,308.80) in unpaid overtime, plus, One Thousand Seven Hundred Ninety-Nine Dollars and 20/100 ($1,799.20) in minimum wages; plus, Three Thousand Three Hundred Dollars ($3,300.00) in lost wages plus a reasonable amount in Attorney's Fees and Costs. Therefore, Plaintiff is owed a total amount

---

[1] Calculations have been made up to the date of the filing of this document.

of $14,816.00 ($7,408.00 unliquidated + $7,408.00 liquidated); plus a reasonable amount in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff files his Statement of Claim.

Dated: February 2, 2022

                              Respectfully submitted,

**ZANDRO E. PALMA, P.A.**
**Attorney for Plaintiff**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
BY: __s/Zandro E. Palma____
Zandro E. Palma Esq.
Florida Bar No.: 0024031

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: __s/Zandro E. Palma____
Zandro E. Palma Esq.
Florida Bar No.: 0024031
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
zep@thepalmalawgroup.com
*Attorney for Plaintiff*